

# Fourth Court of Appeals
## San Antonio, Texas

April 9, 2014

No. 04-14-00094-CR

Joshua Joel **LALUZ**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR1397A
Honorable Sid L. Harle, Judge Presiding

# O R D E R

Sitting:      Marialyn Barnard, Justice
                Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice

The Court Reporter's Notification of Late Record is hereby DENIED AS MOOT.

It is so **ORDERED** on the 9th day of April, 2014.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court